IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| MARY L. WILLIAMS, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-0313-C |
| | ) | |
| JOE KEFFER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER OF DISMISSAL

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Bana Roberts, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On May 2, 2011, Judge Roberts entered a Report and Recommendation concluding that because Plaintiff had not paid the initial filing fee, nor submitted an application proceed in forma pauperis as ordered, the action should be dismissed without prejudice. Plaintiff has not filed an objection.

Accordingly, the Report and Recommendation (Dkt. No. 5) is adopted, and this action is dismissed without prejudice.

IT IS SO ORDERED this 6th day of June, 2011.

_____
ROBIN J. CAUTHRON
United States District Judge